DC 11 (Rev. 11/2002) Writ of Execution

## WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT | Southern District of Florida |
|---|---|---|

TO THE MARSHAL OF:

Southern District of Florida

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

Dan Pronman and Gary Pronman                   12-cv-80674-KAM

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $16,510.88 with post interest from May 15, 2015     and at the rate of 0.23% | |

in the United States District Court for the ___Southern___ District of ___Florida___ ,

before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Dan Pronman and Gary Pronman

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT   Southern District of Florida |
|---|---|
| CITY   West Palm Beach | DATE |

Witness the Honorable     Kenneth A. Marra _____

(United States Judge)

| DATE   Dec 8, 2015 | CLERK OF COURT   Steven M. Larimore | Certified to be a true and correct copy of the document on file Steven M. Larimore, Clerk, U.S. District Court Southern District of Florida By: *Autumn Sandoval* Deputy Clerk Date: **Dec 8, 2015** |
|---|---|---|
| | (BY) DEPUTY CLERK   s/Autumn Sandoval | |

### RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|