UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80674-CIV-MARRA

DAN PRONMAN, an individual,
GARY PRONMAN, an individual,

Plaintiffs/Judgment Debtors,

vs.

BRIAN STYLES, an individual,

Defendant/Judgment Creditor.

_____/

**ORDER**

This cause is upon Plaintiff/Judgment Debtor, Dan Pronman, and non-party Ronabeth

Pronman's Motion for Protection [Sic] Order (DE 498).

This matter was referred to the Honorable William Matthewman, United States

Magistrate Judge, Southern District of Florida. A Report and Recommendation, dated August 19,

2016, has been filed. (DE 514.) The Report recommends that the Motion be granted in part and

denied in part. The Court has conducted an independent *de novo* review of the file, the objections

filed and the response and reply to the objections.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1)      The Report and Recommendation is **AFFIRMED AND ADOPTED**.

2)      Plaintiff/Judgment Debtor, Dan Pronman, and non-party Ronabeth Pronman's

        Motion for Protection [Sic] Order (DE 498) is **GRANTED IN PART AND**

        **DENIED IN PART.**

3)       The Judgment Creditor shall be permitted to pursue the subpoena issued to

SunTrust Bank as to the bank account of Daniel Pronman, but the subpoena shall be limited to paragraph 1 of Schedule "A" of the subpoena.

4) The Judgment Creditor shall be permitted to pursue the subpoena issued to RBC Bank (Georgia) N.A. as to the RBC home equity account of Ronabeth Pronman, but the subpoena shall be limited to paragraph of Schedule "A" of the subpoena.

5) No fees as sanctions shall be imposed.

6) The Judgment Creditor will not be held in contempt.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of September, 2016.

_____
KENNETH A. MARRA
United States District Judge