UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80674-CIV-MARRA

DAN PRONMAN, an individual,
GARY PRONMAN, an individual,

Plaintiffs,

vs.

BRIAN STYLES, an individual et al.,

Defendants.
_____/

**ORDER**

This cause is before the Court upon Defendant's Motion for Attorney's Fees (DE 502).

This matter was referred to the Honorable William Matthewman, United States Magistrate Judge, Southern District of Florida. A Report and Recommendation, dated October 3, 2016 has been filed, recommending that the District Court award Defendant attorney's fees in the amount of $11,204.75.

The Court has conducted a de novo review of the entire file and record herein and the objections filed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1) United States Magistrate Judge Matthewman's Report and Recommendation be, and the same is **RATIFIED, AFFIRMED and APPROVED** in its entirety.

2) Defendant's Motion for Attorney's Fees (DE 502) is **GRANTED IN PART AND DENIED IN PART**. Defendant is awarded fees in the amount of $11,204.75.

3) The Court will separately issue judgment for Defendant.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 16th day of November, 2016.

_____
KENNETH A. MARRA
United States District Judge