UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80674-CIV-MARRA

DAN PRONMAN, an individual,
GARY PRONMAN, an individual,

Plaintiffs,

vs.

BRIAN STYLES, an individual et al.,

Defendants.
_____/

## ORDER

This cause is before the Court upon Plaintiffs' Motion for Anti-Suit Injunction and Show Cause

(DE 539).  The Court has carefully considered the Motion and is otherwise fully advised in the premises.

The Court finds this motion to be meritless.  There is no legal basis  to enjoin post-judgment

collection activities by the judgment creditor in Canada. The judgment creditor is entitled to attempt to

satisfy his judgment by seeking out assets upon which he can execute.  To the extent the judgment

creditor attempts to satisfy his judgment against the judgment debtors' assets in Canada which this Court

rules are not subject to execution, the judgment debtors may bring those rulings to the attention of the

Courts in Canada for whatever persuasive value they may have.  If, however, the laws of Canada permit

execution against those assets, this Court cannot prohibit the judgment creditor from availing himself of

those legal remedies.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for Anti-Suit

Injunction and Show Cause (DE 539) is **DENIED**.

      **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this

6th day of January, 2017.

                              _____

                              KENNETH A. MARRA
                              United States District Judge